**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Saul CORNEJO, Defendant—Appellant.**

No. 02–50192.

D.C. No. CR–01–02802–TJW–02.

United States Court of Appeals, Ninth Circuit.

Submitted March 4, 2003.*

Decided March 12, 2003.

---

able for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Donald P. Lay, United States Circuit Judge for the Eighth Circuit.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before LAY,** HAWKINS and TALLMAN, Circuit Judges.

MEMORANDUM ***

Cornejo's argument that Agent Wright was not a credible witness is advanced for the first time on appeal and is not supported by the record, which confirms that the Blazer did pull off the road in an apparent attempt to attract Wright's attention away from the load car.

In light of the totality of the circumstances, Agent Wright had reasonable suspicion to stop Cornejo's vehicle. *United States v. Arvizu,* 534 U.S. 266, 273–77, 122 S.Ct. 744, 151 L.Ed.2d 740 (2002); *United States v. Diaz–Juarez,* 299 F.3d 1138, 1141–42 (9th Cir.2002).

The statute under which Cornejo was convicted, 21 U.S.C. § 841, remains constitutional after *Harris v. United States,* 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002). *United States v. Hernandez,* 314 F.3d 430, 437–38 (9th Cir.2002) (rejecting argument that *Harris* overruled *United States v. Buckland,* 289 F.3d 558 (9th Cir. 2002) (en banc)).

AFFIRMED.

---

** The Honorable Donald P. Lay, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

